# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**VERONICA TESS MYERS**                                                 **PLAINTIFF**

v.                  Case No. 4:15-cv-00122 KGB-JTR

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                    **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 14). No objections have been filed, and the time for filing objections has passed. After careful review of the Recommended Disposition, the Court concludes that the Recommended Disposition should be and hereby is approved and adopted in its entirety as this Court's findings in all respects.

Accordingly, the Court affirms the Commissioner's decision and dismisses with prejudice plaintiff Veronica Tess Myers's complaint (Dkt. No. 2).

So ordered this 2nd day of May, 2016.

_____
Kristine G. Baker
United States District Judge