**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**VERONICA TESS MYERS**                                             **PLAINTIFF**

**v.**                          **Case No. 4:15-cv-00122 KGB-JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                 **DEFENDANT**

### JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered and adjudged that the decision of the Commissioner is affirmed and that plaintiff Veronica Tess Myers's complaint is dismissed with prejudice.

So adjudged this the 2nd day of May, 2016.

_____
Kristine G. Baker
United States District Judge